Kenneth A. Reed
karoffice@kennethreedlaw.net
**LAW OFFICES OF KENNETH A. REED**
406 W. 4th Street
Santa Ana, California 92701
Telephone: 877-755-0048

Joseph J. Zito (pro hac vice)
jzito@dnlzito.com
Telephone: 202-466-3500
Luiz Felipe Oliveira (pro hac vice)
loliveira@dnlzito.com
**DNL ZITO**
1250 Connecticut Ave., NW Suite 200
Washington D.C. 20036
Telephone: 903-702-2088

**Attorneys for Plaintiff**
**GAME AND TECHNOLOGY CO., LTD.**

Tony M. Diab (SBN: 277343)
tdiab@shb.com
B. Trent Webb (*pro hac vice*)
bwebb@shb.com
John D. Garretson (*pro hac vice*)
jgarretson@shb.com

Tanya Chaney (*pro hac vice*)
tchaney@shb.com
David Morehan (*pro hac vice*)
dmorehan@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

**Attorneys for Defendant**
**RIOT GAMES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAME AND TECHNOLOGY CO. LTD,<br><br>v.<br><br>RIOT GAMES, INC., | Case No. 2:16-cv-06486 BRO (SKx)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Beverly Reid O'Connell<br>Date: May 15, 2017<br>Time: 1:30 PM<br>Courtroom: 7C<br><br>Complaint Filed: July 9, 2015<br>Trial Date: None Set<br>Next Status Report Due: August 4, 2017 |

1    Plaintiff Game and Technology Co., LTD ("GAT") and Defendant Riot Games,
2 Inc., in accordance with the Court's November 4, 2016 Order (Dkt. No. 55), hereby
3 submits their Joint Status Report regarding the current status of the proceedings before
4 the U.S. Patent and Trademark Office ("PTO").
5    This Court stayed this matter pending *Inter Partes* Review ("IPR") of the two
6 patents in suit, US Patents 8,035,649; and 8,253,743. Currently, only IPR for the
7 8,253,743 has been instituted.
8    With respect to asserted patent U.S. Patent No. 8,253,743, the PTO instituted an
9 *Inter Partes* Review on March 21, 2017. IPR2016-01885, Paper No. 15. GAT's brief
10 in response to petition is due June 12, 2017; Petitioners' reply to GAT's brief in
11 response is due September 1, 2017; and oral argument (if requested by either party) is
12 set for November 30, 2017.
13    With respect to asserted patent U.S. Patent No. 8,035,649, the PTO denied
14 institution of an IPR on February 28, 2017. IPR2016-01880, Paper No. 16.

The next status report will be due 90 days from today, on August 4, 2017.

Dated: May 8, 2017

SHOOK, HARDY & BACON L.L.P.
By: /s/ *Tony M. Diab*
Attorney for Defendant Riot Games, Inc.

DNL ZITO
By: /s/ *Luiz Felipe Oliveira*
Attorney for Plaintiff Game and Technology Co., LTD.

LAW OFFICES OF KENNETH A. REED
By: /s/ *Kenneth A. Reed*
Attorney for Plaintiff Game and Technology Co., LTD.